# UNITED STATES DISTRICT COURT

for the

## Eastern District of California

UNITED STATES OF AMERICA

v.

NICHOLAS B. KNUTSON

Case No. 1:26-MJ-097 FJS

## ORDER SETTING CONDITIONS OF RELEASE (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) ~~The defendant shall abstain from the use of alcohol and/or the use of controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;~~

(4) The defendant shall notify the Court and defendant's counsel of any change of address;

(5) The defendant must appear at: U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Place*

2500 Tulare Street, Fresno, CA 93721

on 10/15/2026 at 10:00 AM in Courtroom 10 on the 6th floor before Magistrate Judge Erica P. Grosjean,

*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 8-10-26

Nick Knutson

*Defendant's signature*

Date: 8/10/26

[signature]

*Judicial Officer's Signature*

Erin Guy Castillo, United States Magistrate Judge

*Printed name and title*